IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| | : | |
| | : | No. 1:04-cr-0131 |
| v. | : | |
| | : | (Judge Kane) |
| | : | |
| PHILIP WALKER | : | |
| | : | |

## ORDER

**AND NOW**, on this 22nd day of August 2019, in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Petitioner Philip Walker's motion to correct sentence pursuant to 28 U.S.C. § 2255 (Doc. No. 255) is **DENIED**;

2. A certificate appealability **SHALL NOT ISSUE**; and

3. The Clerk of Court is directed to **CLOSE** civil case number 1:16-cv-00919.

                                                 s/ Yvette Kane
                                                 Yvette Kane, District Judge
                                                 United States District Court
                                                 Middle District of Pennsylvania